IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-00450-MEH

GOOD SAM ENTERPRISES, LLC, and
CAMP COAST TO COAST, LLC,

      Plaintiffs,

v.

GRAND INCENTIVES, INC.,

      Defendant.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

**Michael E. Hegarty, United States Magistrate Judge**.

      Before the Court is Plaintiff's Notice of Dismissal Without Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [filed April 28, 2014; docket # 15]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

      Dated and entered at Denver, Colorado this 28th day of April, 2014.

      BY THE COURT:

      *Michael E. Hegarty*

      Michael E. Hegarty
      United States Magistrate Judge